```
         IN THE UNITED STATES DISTRICT COURT
            WESTERN DISTRICT OF ARKANSAS
                 FAYETTEVILLE DIVISION
```

**BRENDON COLE BRECHEEN**                                           **PLAINTIFF**

    **v.**                      **Civil No. 11-5118**

**SHERIFF KEITH FERGUSON ET AL.**                                   **DEFENDANTS**

### O R D E R

Now on this 2nd day of April, 2012, comes on for consideration the **Magistrate Judge's Report and Recommendation** (Doc. 20) to which no objections have been filed. The Court has reviewed the Report and Recommendation and finds that it is sound in all respects and that should be adopted *in toto.*

**IT IS THEREFORE ORDERED** that the **Magistrate Judge's Report and Recommendation** (Doc. 20) is hereby **adopted *in toto;*** and

**IT IS FURTHER ORDERED** that, for the reasons stated in the Magistrate Judge' Report and Recommendation, plaintiff's complaint is **DISMISSED WITH PREJUDICE** for failure to comply with an order of the Court and failure to prosecute pursuant to Rule 41(b) of the Federal Rules of Civil Procedure.

**IT IS SO ORDERED.**

                                              **/s/JIMM LARRY HENDREN**
                                              JIMM LARRY HENDREN
                                              UNITED STATES DISTRICT JUDGE