IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FAYETTEVILLE DIVISION

**BRENDON COLE BRECHEEN**                                                             **PLAINTIFF**

v.                                      Civil No. 11-5118

**SHERIFF KEITH FERGUSON ET AL.**                                     **DEFENDANTS**

<u>**O R D E R**</u>

Now on this 2nd day of April, 2012, comes on for consideration the **Magistrate Judge's Report and Recommendation** (Doc. 20) to which no objections have been filed. The Court has reviewed the Report and Recommendation and finds that it is sound in all respects and that should be adopted *in toto.*

**IT IS THEREFORE ORDERED** that the **Magistrate Judge's Report and Recommendation** (Doc. 20) is hereby **adopted *in toto;*** and

**IT IS FURTHER ORDERED** that, for the reasons stated in the Magistrate Judge' Report and Recommendation, plaintiff's complaint is **DISMISSED WITH PREJUDICE** for failure to comply with an order of the Court and failure to prosecute pursuant to Rule 41(b) of the Federal Rules of Civil Procedure.

**IT IS SO ORDERED.**

                                                  <u>**/s/JIMM LARRY HENDREN**</u>
                                                  JIMM LARRY HENDREN
                                                  UNITED STATES DISTRICT JUDGE